UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,

    Plaintiff,                              Case No. 3:20-cv-291

vs.

CHARLES HOFFA, *et al.*,              District Judge Michael J. Newman

    Defendants.

## ORDER VACATING AND RESETTING THE FINAL PRETRIAL CONFERENCE AND TRIAL DATES

This civil case is scheduled for a final pretrial conference on July 28, 2021 at 10:00 a.m. and a jury trial on August 30, 2021 at 9:30 a.m. Doc. No. 17. In light of the recently filed summary judgment motions in this case (doc. nos. 27, 28), the Court **VACATES** the current final pretrial and jury trial dates. This case is now set for a final pretrial conference on **November 8, 2021 at 10:00 a.m.** and a jury trial on **November 22, 2021 at 9:30 a.m.**

    **IT IS SO ORDERED.**

Date:  June 29, 2021                            s/Michael J. Newman
                                                          Hon. Michael J. Newman
                                                          United States District Judge